**Order entered October 24, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00110-CR

### BOBBY EARL ROBERTS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F19-75703-Y

## ORDER

Before the Court is appellant's October 18, 2022 pro se motion requesting access to the appellate record for the purpose of filing a pro se response to counsel's motion to withdraw and supporting *Anders* brief.

We **GRANT** the motion and **ORDER** appellate counsel Brian Salvant to provide appellant with paper copies of the clerk's and reporter's records in the above case (with the exception of any CDs or DVDs which are not allowed by regulations of the Texas Department of Criminal Justice).

We further **ORDER** appellate counsel to provide this Court, within **FIFTEEN DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **December 19, 2022**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Chika Anyiam, Presiding Judge, Criminal District Court No. 7; Brian Salvant, counsel for appellant; and Kimberly J. Duncan, assistant district attorney.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Bobby Earl Roberts, TDCJ# 02380403; Jester III Unit, 3 Jester Road; Richmond, Texas 77406.

/s/    LANA MYERS
       JUSTICE